FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 MAY 19 PM 3: 55

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )   No. CR 06 - 3005 MWB
)   4:06CR3077
vs. )
)
MICHAEL JOHN KLUVER, )
)
Defendant.

### ORDER SEALING INDICTMENT AND WARRANT

For cause, it is

ORDERED

That the Indictment and Warrant in this matter are sealed until the arrest of the defendant.

Dated this 19th day of January, 2006.

FILED
U.S. District Court
Northern District of Iowa
01/20/06 copies to
USA, USM, USP.ak

Copies mailed/faxed to counsel of record, pro se parties and others listed here:

PAUL A. ZOSS
U.S. Magistrate Judge
Northern District of Iowa

I, the undersigned Clerk of the United States District Court for the Northern District of Iowa, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and seal of said Court
this _____ day of _____, 20__
Pridgen J. Watkins, Clerk
By: _____
Deputy

1

3

```
MIME-Version:1.0
From:ndia.ecf.notification@iand.uscourts.gov
To:ndia.ecf.notification@iand.uscourts.gov
Bcc:
Message-Id:<299382@iand.uscourts.gov>
Subject:Activity in Case 3:06-cr-03005-MWB *SEALED* USA v. Kluver "Order to Seal Case"
```

Content-Type: text/html

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

NOTE: This docket entry (or case) is sealed, no email notices have been sent.

## U.S. District Court

## Northern District of Iowa

**Notice of Electronic Filing**

**The following transaction was received from ak, entered on 1/20/2006 at 4:40 PM CST and filed on 1/19/2006**
**Case Name:** USA v. Kluver
**Case Number:** 3:06-cr-3005
**Filer:**
**Document Number:** 3

**Docket Text:**
Order to Seal Case as to Defendant Michael John Kluver. Signed by Judge Paul A Zoss on 01/19/06. (ak, )

**The following document(s) are associated with this transaction:**

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1025896836 [Date=1/20/2006] [FileNumber=299380-0]
[5ee16b4bf733c10028c10dfb6ebaa331058e03a10583e9378905cb298990f29c888d
6621531d0d0c9cfe7f26d11530d35c9c140db59de549bf606af21c5f1871]]

3:06-cr-3005-1 No electronic notice will be sent because the
case/entry is sealed. The following participants should be noticed by other means:

Michael M Hobart    mike.hobart@usdoj.gov, usao.ian-crim-sc@usdoj.gov

3:06-cr-3005-1 Notice will not be electronically mailed to: